# Exhibit 2

# HONG KONG HANGLIU LIMITED
## Dba Lzxcbn

**STORE LINK:** https://www.temu.com/lzxcbn-m-634418220875254.html?goods_=&_x_sessn_id=m1zhvk4chi&refer_page_name=bgn_verification&refer_page_id=10017_1753263668142_6qoedo9nj3&refer_page_sn=10017

| **Plaintiff's Photo** | **Defendant's Display of Photo** |
|---|---|

**Link to Infringing Use of Plaintiff's Photos:**

https://www.temu.com/womens-bikini-2pcs-set--checkered-camisole-top-bikini-shorts-g-601100459972534.html?top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2Fc17c4e04-2aaa-4dfb-841e-256680242542.jpg&spec_id=16057&spec_gallery_id=77132&refer_page_sn=10032&refer_source=10016&freesia_scene=25&_oak_freesia_scene=25&_oak_rec_ext_1=MTM2Mw&_oak_gallery_order=1919644373%2C1793627295%2C1847335574%2C705223782%2C776325164&_oak_mp_inf=ELavkNup1ogBGh1nb29kc19sZGcybjBfc29sZF9vdXRfc2ltaWxhcg%3D&spec_ids=16057%2C16086&refer_page_el_sn=200970&_x_sessn_id=quhkymuhku&refer_page_name=goods&refer_page_id=10032_1749027888029_g3q4svaoby&is_back=1

1